UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATA MOVASSAGHI,

        Plaintiff,

-against-

ROC NATION LLC,

        Defendants.

Case No. 1:23-CV-00516 (PGG) (SN)

**ORDER APPROVING SUBSTITUTION OF DEFENDANT'S COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that the law firm of LITTLER MENDELSON, P.C., shall be substituted as counsel of record for Defendant ROC NATION LLC in the above-captioned action, in the place and instead of the law firm REED SMITH, LLP. Said substitution has been effected with the knowledge and consent of Defendant ROC NATION LLC.

Dated: New York, New York
July 25, 2023

LITTLER MENDELSON, P.C.

By: /S/ Jeanine C. Daves

Jeanine Conley Daves
900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-2595
jconley@littler.com

*Incoming Attorney for Defendant Roc Nation LLC.*

Dated: New York, New York
July 25, 2023

REED SMITH, LLP

By: /s/ Cindy Schmitt Minniti

Cindy Schmitt Minniti
Alexandra Manfredi
Mark Stuart Goldstein
599 Lexington Avenue
New York, NY 10022
cminniti@reedsmith.com
amanfredi@reedsmith.com
mgoldstein@reedsmith.com

*Outgoing Attorneys for Defendant Roc Nation LLC*

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 31, 2023
      New York, New York